UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROY GRIFFITH,

           Plaintiff,

    v.

ROMEO ARANAS, *et al.*,

           Defendants.

Case No. 3:16-cv-00309-MMD-VPC

ORDER

The Court advises counsel for the parties to be prepared to address the following issues at the impending evidentiary hearing as these issues may bear on the irreparable harm and likelihood of success factors the Court must consider in evaluating Plaintiff's request for preliminary injunctive relief:[1]

    (1)    Whether Plaintiff has a chronic hepatitis C viral infection ("HCV infection");

    (2)    Whether direct-acting antivirals ("DAA") are indicated for treatment of Plaintiff's HCV infection;

    (3)    What was the basis for the decision to deny Plaintiff's request for treatment with DAA as he alleges;

    (4)    Has Plaintiff received any treatment for his HCV infection;

    (5)    Whether Medical Directive ("MD") 219.01 reflects the current standard of care in treatment of HCV infections;

---

[1] The Court has reviewed the decision in *Abu-Jamal v. Wetzel*, No. 3:16-CV-2000, 2017 WL 34700 (M.D. Pa. Jan. 3, 2017), to identify issues that are likely relevant to this action.

(6) Whether the standard of care for treatment in the community at large is the appropriate standard to apply in a correctional setting;

(7) Whether Defendants were aware or should have been aware of the current standard of care;

(8) Whether treatment with DAA would likely improve Plaintiff's health;

(9) Whether, in the absence of treatment with DAA, Plaintiff's condition will likely worsen; and

(10) Whether, in the absence of treatment with DAA, the chance of DAA curing Plaintiff's HCV infection likely diminishes.

DATED THIS 5th day of February 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE