ADAM HOSMER-HENNER (NSBN 12779)
PHILIP MANNELLY (NSBN 14236)
CHELSEA LATINO (NSBN 14227)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com
clatino@mcdonaldcarano.com

*Attorneys for Plaintiff Roy Griffith*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROY GRIFFITH,<br><br>Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, *et al.*,<br><br>Defendants. | 3:16-cv-00309-MMD-VPC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE EVIDENTIARY HEARING DATE**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7.1, the parties, by and through their undersigned counsel, hereby stipulate and agree to continue the impending evidentiary hearing on Plaintiff's emergency motions for a temporary restraining order and preliminary injunction (ECF Nos. 23, 24). The evidentiary hearing is currently set for March 27, 2018, at 9:00 AM, but the parties seek a continuance because additional time is needed for expert review of discovery and to prepare expert reports. The parties respectfully request that the Court reschedule the hearing to the morning of May 7, 2018.

///
///
///
///
///
///

Respectfully submitted on March 19, 2018.

| ADAM PAUL LAXALT, Attorney General | McDONALD CARANO LLP |
|---|---|
| /s/ Benjamin R. Johnson<br>BENJAMIN R. JOHNSON (NSBN 10632)<br>State of Nevada<br>Bureau of Litigation<br>Public Safety Division<br>100 N. Carson Street<br>Carson City, Nevada 89701<br>(775) 684-1254<br>bjohnson@ag.nv.gov<br><br>*Attorneys for Defendants* | /s/ Adam Hosmer-Henner<br>ADAM HOSMER-HENNER (NSBN 12779)<br>PHILIP MANNELLY (NSBN 14236)<br>CHELSEA LATINO (NSBN 14227)<br>100 West Liberty Street, 10th Floor<br>Reno, Nevada 89501<br>(775) 788-2000<br>ahosmerhenner@mcdonaldcarano.com<br>pmannelly@mcdonaldcarano.com<br>clatino@mcdonaldcarano.com<br><br>*Attorneys for Plaintiff* |

The evidentiary hearing set for 3/27/2018 at 9:00 AM is reset to 5/7/2018 at 9:00 AM.

**IT IS SO ORDERED:**

_____
U.S. DISTRICT JUDGE

Dated: March 22, 2018