ADAM PAUL LAXALT
  Attorney General
BENJAMIN R. JOHNSON, Bar No. 10632
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: bjohnson@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas, James Greg Cox,*
*and Karen Gedney*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROY GRIFFITH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, et al.,<br><br>　　　　Defendants. | Case No. 3:16-cv-00309-MMD-VPC<br><br>**ORDER TO PRODUCE INMATE ROY GRIFFITH (#27757) FOR EVIDENTIARY HEARING** |

Before the Court is Defendant's Motion to Produce Inmate Roy Griffith (#27757) for Evidentiary Hearing. The Court Ordered that the above-captioned case shall proceed to an evidentiary hearing on Monday May, 7, 2018, at 9:00 a.m. at the Bruce R. Thompson Courthouse, 400 South Virginia Street, Reno, Nevada 89501. The Motion to Produce Inmate Roy Griffith (#27757) for Evidentiary Hearing is GRANTED. Accordingly,

IT IS FURTHER ORDERED that the Nevada Department of Corrections will transfer Roy Griffith (#27757) with all of his legal property related to the above-referenced case, including all legal boxes;

IT IS FURTHER ORDERED that the Nevada Department of Corrections shall produce Roy Griffith (#27757) at the Bruce R. Thompson Courthouse, 400 South Virginia Street, Reno, Nevada 89501 from 8:30 a.m. until 5:00 p.m., or such other times ordered by the Court, for the evidentiary hearing on May 7, 2018; and

///

1

IT IS FURTHER ORDERED that the Nevada Department of Corrections may return Mr. Griffith to his prior location upon the conclusion of the hearing.

IT IS SO ORDERED.

DATED this 1st day of May, 2018.

_____
**UNITED STATES DISTRICT JUDGE**