1  ADAM PAUL LAXALT
     Attorney General
2  BENJAMIN R. JOHNSON, Bar No. 10632
     Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV  89701-4717
   Tel:  (775) 684-1254
6  E-mail:  bjohnson@ag.nv.gov

7  *Attorneys for Defendants*
   *Romeo Aranas, James Greg Cox,*
8  *and Karen Gedney*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROY GRIFFITH,<br><br>   Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, et al.,<br><br>   Defendants. | Case No.  3:16-cv-00309-MMD-VPC<br><br>**JOINT STIPULATION TO VACATE EVIDENTIARY HEARING** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7.1, the parties, by and through their undersigned counsel, hereby stipulate and agree to vacate the evidentiary hearing on Plaintiff's emergency motions for a temporary restraining order and preliminary injunction.  (ECF Nos. 23, 24).  The evidentiary hearing is currently set for May 7, 2018, at 9:00 AM.

The parties have reached a tentative settlement and a Stipulation and Order for Dismissal with Prejudice will be filed within thirty days.  The parties respectfully request that the Court vacate the evidentiary hearing.

///

///

///

///

///

///

1

Respectfully submitted on May 4, 2018.

| | |
|---|---|
| ADAM PAUL LAXALT, Attorney General | McDONALD CARANO LLP |
| /s/ Benjamin R. Johnson | */s/* Chelsea Latino |
| BENJAMIN R. JOHNSON (NSBN 10632) | ADAM HOSMER-HENNER (NSBN 12779) |
| State of Nevada | PHILIP MANNELLY (NSBN 14236) |
| Bureau of Litigation | CHELSEA LATINO (NSBN 14227) |
| Public Safety Division | 100 West Liberty Street, 10th Floor |
| 100 N. Carson Street | Reno, Nevada 89501 |
| Carson City, Nevada 89701 | (775) 788-2000 |
| (775) 684-1254 | ahosmerhenner@mcdonaldcarano.com |
| bjohnson@ag.nv.gov | pmannelly@mcdonaldcarano.com |
| | clatino@mcdonaldcarano.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

**IT IS SO ORDERED:**

_____
**U.S. DISTRICT JUDGE**

**DATED:** May 4, 2018

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 4th day of May, 2018, I caused to be served a copy of the foregoing, **JOINT STIPULATION TO VACATE EVIDENTIARY HEARING,** by U.S. District Court CM/CFE Electronic Filing on:

Roy Griffith #27757
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

Adam Hosmer-Henner
Chelsea Latino
McDonald Carano LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501

/s/ Laurie Penny
An employee of the Office
of the Attorney General

3