ADAM HOSMER-HENNER (NSBN 12779)
PHILIP MANNELLY (NSBN 14236)
CHELSEA LATINO (NSBN 14227)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com
clatino@mcdonaldcarano.com

*Attorneys for Plaintiff Roy Griffith*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROY GRIFFITH,

    Plaintiff,

v.

ROMEO ARANAS, *et al.*,

    Defendants.

3:16-cv-00309-MMD-VPC

ORDER GRANTING
~~NOTICE OF~~ **WITHDRAWAL OF PRO BONO COUNSEL**

Pursuant to LR IA 11-6, Adam Hosmer-Henner, Philip Mannelly, and Chelsea Latino (collectively, "Counsel") of the law firm McDonald Carano LLP respectfully submit this notice of withdrawal from representation of Plaintiff Roy Griffith. Counsel was appointed for the limited purpose of an evidentiary hearing originally scheduled for May 7, 2018. (ECF No. 54.) The parties filed a joint stipulation on May 4, 2018, to vacate the evidentiary hearing due to a tentative settlement, which the Court granted. (ECF Nos. 67 & 68.) Counsel understands that a final settlement agreement between the parties has been reached and a stipulation to dismiss is forthcoming.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, Counsel seeks to withdraw from representation of Mr. Griffith and respectfully requests that the limited appointment as pro bono counsel be terminated.

Dated: June 6, 2018.

McDONALD CARANO LLP

/s/ *Adam Hosmer-Henner*
ADAM HOSMER-HENNER (NSBN 12779)
PHILIP MANNELLY (NSBN 14236)
CHELSEA LATINO (NSBN 14227)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com
clatino@mcdonaldcarano.com

*Attorneys for Plaintiff Roy Griffith*

IT IS SO ORDERED.

Dated: June 6, 2018

U.S. District Judge

2

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano LLP and I caused to be electronically filed on this date a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically e-serve the same on the attorneys set forth below:

Roy Griffith #27757
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

Adam Paul Laxalt
Benjamin R. Johnson
100 North Carson Street
Carson City, Nevada 89701
bjohnson@ag.nv.gov

DATED: June 6, 2018

_/s/ Jill Nelson_
Jill Nelson

3