1  ADAM PAUL LAXALT
   Attorney General
2  BENJAMIN R. JOHNSON, Bar No. 10632
   Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV 89701-4717
   Tel: (775) 684-1254
6  E-mail: bjohnson@ag.nv.gov

7  *Attorneys for Defendants*
   *Romeo Aranas, James Greg Cox,*
8  *and Karen Gedney*

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11  ROY GRIFFITH,
                                          Case No. 3:16-cv-00309-MMD-VPC
12              Plaintiff,

13  vs.                                   **STIPULATION AND ORDER FOR
                                          DISMISSAL WITH PREJUDICE**
14  ROMEO ARANAS, et al.,

15              Defendants.

16        Plaintiff, Roy Griffith, and Defendants, Romeo Aranas, James Greg Cox, and Karen Gedney, by

17  and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R.

18  Johnson, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that

19  the above-captioned action should be dismissed with prejudice by order of this Court.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                              1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs.

DATED this ___1st___ day of June, 2018.

By: _Roy Griffith_____
      ROY GRIFFITH #27757
      *Plaintiff*

DATED this ___6th___ day of June, 2018.

ADAM PAUL LAXALT
Attorney General

By: _Erin Alikhstodor_____
      BENJAMIN R. JOHNSON
      Deputy Attorney General
      *Attorneys for Defendants*

**IT IS SO ORDERED**

_____
**U.S. DISTRICT JUDGE**

**DATED**___June 6, 2018_____

1

**CERTIFICATE OF SERVICE**

2        I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that

3   on this 6th day of June, 2018, I caused to be served a copy of the foregoing, **STIPULATION AND**

4   **ORDER FOR DISMISSAL WITH PREJUDICE,** by U.S. District Court CM/CFE Electronic Filing

5   on:

6

7   Roy Griffith #27757
Care of NNCC Law Librarian
Northern Nevada Correctional Center

8   P.O. Box 7000
Carson City, NV 89702

9   lawlibrary@doc.nv.gov

10  Adam Hosmer-Henner
Chelsea Latino

11  McDonald Carano LLP
100 West Liberty Street, 10th Floor

12  Reno, Nevada 89501

13

14

15

16   _____
     An employee of the Office

17   of the Attorney General

18

19

20

21

22

23

24

25

26

27

28

3